# **EXHIBIT B**



SPONSOR: Rep. Minor-Brown & Sen. Sokola
Harris  Townsend
Osienski  Lockman
Williams  Paradee

HOUSE OF REPRESENTATIVES
153rd GENERAL ASSEMBLY

HOUSE BILL NO. 100

JANUARY 10, 2025

AN ACT MAKING APPROPRIATIONS FOR THE EXPENSE OF THE STATE GOVERNMENT FOR THE FISCAL YEAR ENDING JUNE 30, 2026; SPECIFYING CERTAIN PROCEDURES, CONDITIONS AND LIMITATIONS FOR THE EXPENDITURE OF SUCH FUNDS; AND AMENDING CERTAIN PERTINENT STATUTORY PROVISIONS.

BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF DELAWARE:

1  **Section 1.** The several amounts named in this Act, or such part thereof as may be necessary and essential to
2  the proper conduct of the business of the agencies named herein, during the fiscal year ending June 30, ~~2025~~ 2026, are
3  hereby appropriated and authorized to be paid out of the Treasury of the State by the respective departments and
4  divisions of State Government, and other specified spending agencies, subject to the limitations of this Act and to the
5  provisions of Title 29, Part VI, Delaware Code, as amended or qualified by this Act, all other provisions of the
6  Delaware Code notwithstanding. All parts or portions of the several sums appropriated by this Act which, on the last
7  day of June ~~2025~~ 2026, shall not have been paid out of the State Treasury, shall revert to the General Fund; provided,
8  however, that no funds shall revert which are encumbered pursuant to 29 Del. C. § 6521.
9  The several amounts hereby appropriated are as follows:

Year ending June 30, 2026

## (45-00-00) DEPARTMENT OF SAFETY AND HOMELAND SECURITY

| Personnel | | | | $ Program | | $ Line Item | |
|---|---|---|---|---|---|---|---|
| NSF | ASF | GF | | ASF | GF | ASF | GF |
| | | | (45-01-00) Office of the Secretary | | | | |
| 43.0 | 10.5 | 121.7 | Personnel Costs | | | 3,239.3 | 13,977.2 |
| | | | Travel | | | 39.0 | 22.7 |
| | | | Contractual Services | | | 355.3 | 3,782.8 |
| | | | Energy | | | 18.7 | 477.4 |
| | | | Supplies and Materials | | | 42.0 | 826.7 |
| | | | Capital Outlay | | | 5.0 | 52.6 |
| | | | Other Items: | | | | |
| | | | Police Training Council | | | | 11.8 |
| | | 0.8 | Local Emergency Planning Councils | | | | 62.4 |
| | | 2.0 | School Safety Plans | | | | 346.7 |
| | | | ITC Funds | | | | 15.0 |
| | | | Brain Injury Trust Fund | | | | 50.0 |
| | | | Body Camera Program | | | | 500.3 |
| | | | Fund to Combat Violent Crimes - State Police | | | 2,125.0 | |
| | | | Fund to Combat Violent Crimes - Local Law Enforcement | | | 2,125.0 | |
| | | | System Support | | | 888.2 | |
| | | | Hazardous Waste Cleanup | | | 100.0 | |
| | | | Resale - Communication Parts | | | 336.0 | |
| | | | Vehicles | | | 170.4 | |
| | | | Other Items | | | 0.7 | |
| | | | Retired Canines | | | | 36.0 |
| | | | POST/DEPAC | | | | 69.1 |
| 43.0 | 10.5 | 124.5 | **TOTAL -- Office of the Secretary** | | | 9,444.6 | 20,230.7 |
| | | | | | | | |
| 2.0 | | 20.0 | (-01) Administration | 4,350.0 | 3,607.9 | | |
| | 3.5 | 23.5 | (-20) Communication | 1,635.6 | 4,640.4 | | |
| 30.0 | | 14.0 | (-30) Delaware Emergency Management Agency | | 1,521.6 | | |
| 8.0 | | 2.0 | (-40) Highway Safety | | 219.4 | | |
| 3.0 | | 1.0 | (-50) Developmental Disabilities Council | | 127.0 | | |
| | | 2.0 | (-60) State Council for Persons with Disabilities | | 367.5 | | |
| | 7.0 | | (-70) Division of Gaming Enforcement | 3,459.0 | | | |
| | | 62.0 | (-80) Division of Forensic Science | | 9,746.9 | | |
| 43.0 | 10.5 | 124.5 | TOTAL -- Internal Program Units | 9,444.6 | 20,230.7 | | |

42

Year ending June 30, 2026

## (45-00-00) DEPARTMENT OF SAFETY AND HOMELAND SECURITY

|  | Personnel |  |  | $ Program |  | $ Line Item |  |
|---|---|---|---|---|---|---|---|
| NSF | ASF | GF |  | ASF | GF | ASF | GF |
|  |  |  | **(45-02-00) Capitol Police** |  |  |  |  |
|  | 1.0 | 114.0 | Personnel Costs |  |  | 135.4 | 13,027.8 |
|  |  |  | Travel |  |  |  | 5.5 |
|  |  |  | Contractual Services |  |  |  | 514.1 |
|  |  |  | Supplies and Materials |  |  |  | 138.6 |
|  |  |  | Other Item: |  |  |  |  |
|  |  |  | Special Duty |  |  | 271.9 |  |
|  | 1.0 | 114.0 | **TOTAL -- Capitol Police** |  |  | 407.3 | 13,686.0 |
|  |  |  |  |  |  |  |  |
|  | 1.0 | 114.0 | (-10) Capitol Police | 407.3 | 13,686.0 |  |  |
|  | 1.0 | 114.0 | TOTAL -- Internal Program Unit | 407.3 | 13,686.0 |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  | **(45-04-00) Division of Alcohol** |  |  |  |  |
|  |  |  | **and Tobacco Enforcement** |  |  |  |  |
| 1.5 | 2.0 | 11.5 | Personnel Costs |  |  | 43.1 | 1,832.8 |
|  |  |  | Travel |  |  | 2.8 | 0.5 |
|  |  |  | Contractual Services |  |  | 36.6 | 304.5 |
|  |  |  | Supplies and Materials |  |  | 10.0 | 25.2 |
|  |  |  | Capital Outlay |  |  | 1.0 | 1.1 |
|  |  |  | Tobacco Fund: |  |  |  |  |
|  | 4.0 |  | Personnel Costs |  |  | 482.3 |  |
|  |  |  | Contractual Services |  |  | 101.1 |  |
|  |  |  | Supplies and Materials |  |  | 24.1 |  |
|  |  |  | Other Items |  |  | 110.0 |  |
|  | 13.0 |  | Marijuana Control Act |  |  | 2,458.8 |  |
| 1.5 | 19.0 | 11.5 | **TOTAL -- Division of Alcohol** |  |  | 3,269.8 | 2,164.1 |
|  |  |  | **and Tobacco Enforcement** |  |  |  |  |
|  |  |  |  |  |  |  |  |
| 1.5 | 19.0 | 11.5 | (-10) Division of Alcohol | 3,269.8 | 2,164.1 |  |  |
|  |  |  | and Tobacco Enforcement |  |  |  |  |
| 1.5 | 19.0 | 11.5 | TOTAL -- Internal Program Unit | 3,269.8 | 2,164.1 |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  | **(45-05-00) Office of the Marijuana** |  |  |  |  |
|  |  |  | **Commissioner** |  |  |  |  |
|  |  | 3.0 | Personnel Costs |  |  |  | 414.0 |
|  |  |  | Contractual Services |  |  |  | 6.3 |
|  | 4.0 |  | Marijuana Control Act |  |  | 877.1 |  |
|  | 2.0 |  | Medical Marijuana |  |  | 480.1 |  |
|  | 6.0 | 3.0 | **TOTAL -- Office of the Marijuana** |  |  | 1,357.2 | 420.3 |
|  |  |  | **Commissioner** |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  | 6.0 | 3.0 | (-10) Office of the Marijuana | 1,357.2 | 420.3 |  |  |
|  |  |  | Commissioner |  |  |  |  |
|  | 6.0 | 3.0 | TOTAL -- Internal Program Unit | 1,357.2 | 420.3 |  |  |

Year ending June 30, 2026

## (45-00-00) DEPARTMENT OF SAFETY AND HOMELAND SECURITY

| Personnel | | | | $ Program | | $ Line Item | |
|---|---|---|---|---|---|---|---|
| NSF | ASF | GF | | ASF | GF | ASF | GF |
| | | | **(45-06-00) State Police** | | | | |
| 51.8 | 70.0 | 880.2 | Personnel Costs | | | 6,428.4 | 168,416.7 |
| | | | Travel | | | 136.8 | |
| | | | Contractual Services | | | 1,570.4 | 8,673.0 |
| | | | Energy | | | | 145.7 |
| | | | Supplies and Materials | | | 1,391.1 | 7,497.0 |
| | | | Capital Outlay | | | 1,046.0 | 146.0 |
| | | | Other Items: | | | | |
| | | |    Vehicles | | | 79.8 | 3,609.6 |
| | | |    Real Time Crime Reporting | | | 48.1 | |
| | | |    Other Items | | | 112.5 | |
| | | |    Crime Reduction Fund | | | | 110.0 |
| | | |    Special Duty Fund | | | 7,069.2 | |
| | 20.0 | |    Fund to Combat Violent Crimes - State Police | | | | |
| | | 15.0 |    Body Camera Program | | | | 2,500.7 |
| | | 15.0 |    Expungement Acts | | | | 1,278.1 |
| | | 19.0 |    Firearm Transaction Approval Program | | | | 2,485.2 |
| | | 5.0 |    Lethal Firearms Safety Program | | | | 586.4 |
| | | 10.0 |    Permit to Purchase | | | | 4,101.9 |
| 51.8 | 90.0 | 944.2 | **TOTAL -- State Police** | | | 17,882.3 | 199,550.3 |
| | | 60.0 | (-01) Executive | 226.7 | 11,076.3 | | |
| | | 5.0 | (-02) Building Maintenance and Construction | | 710.4 | | |
| | 32.0 | 384.0 | (-03) Patrol | 4,183.6 | 81,735.2 | | |
| 35.5 | 12.0 | 155.5 | (-04) Criminal Investigation | 6,426.3 | 37,961.3 | | |
| | 10.0 | 63.0 | (-05) Special Investigation | 588.7 | 15,942.2 | | |
| | | 28.0 | (-06) Aviation | | 8,659.7 | | |
| 13.3 | 16.0 | 2.7 | (-07) Traffic | 3,165.4 | 1,908.1 | | |
| | 17.0 | 117.0 | (-08) State Bureau of Identification | 1,455.2 | 14,376.1 | | |
| | | 11.0 | (-09) Training | 340.7 | 3,564.4 | | |
| 1.0 | 3.0 | 95.0 | (-10) Communications | 212.1 | 11,104.1 | | |
| | | 13.0 | (-11) Transportation | 1,283.6 | 10,130.6 | | |
| 2.0 | | 10.0 | (-12) Community Relations | | 2,381.9 | | |
| 51.8 | 90.0 | 944.2 | TOTAL -- Internal Program Units | 17,882.3 | 199,550.3 | | |
| **96.3** | **126.5** | **1,197.2** | **TOTAL -- DEPARTMENT OF SAFETY AND HOMELAND SECURITY** | | | **32,361.2** | **236,051.4** |



SPONSOR: Rep. Minor-Brown & Sen. Sokola
Harris    Townsend
Osienski  Lockman
Williams  Paradee

HOUSE OF REPRESENTATIVES
153rd GENERAL ASSEMBLY

HOUSE BILL NO. 101

JANUARY 10, 2025

AN ACT MAKING A ONE-TIME SUPPLEMENTAL APPROPRIATION FOR THE FISCAL YEAR ENDING JUNE 30, 2026 TO THE OFFICE OF MANAGEMENT AND BUDGET.

BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF DELAWARE:

| | | | |
|---|---|---|---|
| 1 | **Section 1.** There is hereby appropriated $17,561,900 (Seventeen Million, Five Hundred Sixty-One Thousand, | | |
| 2 | Nine Hundred Dollars) in General Funds to Executive, Office of Management and Budget, Contingencies and One- | | |
| 3 | Time Items (10-02-11) for the following purposes: | | |
| 4 | (02-08-10) | Equipment | $34,100 |
| 5 | (02-13-10) | Permit to Purchase | $13,300 |
| 6 | (10-07-01) | Permit to Purchase | $6,700 |
| 7 | (10-02-11) | ERP Cloud Migration | $2,000,000 |
| 8 | (10-02-11) | Technology | $432,200 |
| 9 | (10-02-11) | Health Care Services Contingency | $3,500,000 |
| 10 | (10-02-11) | Trauma Informed Services Contingency | $1,700,000 |
| 11 | (10-02-11) | Department of Justice Lease | $3,000,000 |
| 12 | (12-03-02) | Insurance Revenue Shortfall | $3,000,000 |
| 13 | (12-05-06) | Delaware EARNS | $403,700 |
| 14 | (15-02-02) | Equipment | $23,800 |
| 15 | (20-03-01) | Delaware Heritage Commission | $250,000 |
| 16 | (35-01-10) | Hospital Provider Contingency | $1,500,000 |
| 17 | (38-01-03) | Prison Research Innovation Network | $52,700 |