# EXHIBIT C



# Delaware State Police

# Permit to Purchase





# Permit to Purchase Firearms

The Delaware State Police Permit to Purchase Section is responsible for the investigation of applications for, and the issuance of, handgun qualified purchaser permits.  To purchase a handgun in Delaware, the purchaser must be a Delaware resident and have a valid handgun qualified purchaser permit.  To obtain a handgun qualified purchaser permit, applicants must: (1) complete a firearms safety course by an approved instructor, (2) obtain fingerprints by appointment with IdentoGO, (3) pass a background check.  Select the appropriate link below to review the specific requirements for obtaining a permit.  A person who holds a valid license to carry a concealed deadly weapon (CCDW) issued by the Superior Court of Delaware under 11 Del. C. § 1441 is not required to apply for a handgun qualified purchaser permit before purchasing a handgun.

- CCDW - Carrying a Concealed Deadly Weapon
- Applicant
- Active Law-Enforcement
- Retired Law-Enforcement
- Certified Firearms Training Instructors

    1. The Delaware State Police Permit to Purchase section only certifies instructors who provide firearms training to individuals applying for a handgun qualified purchaser permit (permit to purchase). This does not include individuals applying for a professional license through the Delaware State Police Professional Licensing section (i.e. Armed Security Guards, Armored Car Employees, Bail Enforcement Agents, or Constables).  This also does not include individuals applying for a concealed carry permit.  For further information regarding those training certifications, see the below links.
        1. DSP Professional Licensing (https://dsp.delaware.gov/professional-licensing/)
        2. Concealed carry information – De Attorney General (https://attorneygeneral.delaware.gov/criminal/concealed-carry-deadly-weapons-ccdw/)
    2. For certification as a Permit to Purchase Firearms Training Instructor complete the following steps:
        1. Review the Training Course Guidelines (https://dsp.delaware.gov/wp-content/uploads/sites/118/2025/09/Training-Course-Guidelines.pdf) https://docreader.readspeaker.com/docreader/?cid=buwew&lang=en_us&url=https%3A%2F%2Fdsp.delaware.gov%2Fwp-content%2Fuploads%2Fsites%2F118%2F2025%2F09%2FTraining-Course-Guidelines.pdf
        2. Complete the Instructor application in the Firearms Instructor Portal
        3. Submit the required documents with the instructor application
    3. Permit to Purchase Instructor Portal https://dsp.delaware.gov/p2p-instructor-portal/ (https://dsp.delaware.gov/p2p-instructor-portal/)
    4. Firearms Training Course Certification (https://dsp.delaware.gov/wp-content/uploads/sites/118/2025/04/P2P-Firearms-Certification-.pdf) https://docreader.readspeaker.com/docreader/?cid=buwew&lang=en_us&url=https%3A%2F%2Fdsp.delaware.gov%2Fwp-content%2Fuploads%2Fsites%2F118%2F2025%2F04%2FP2P-Firearms-Certification-.pdf)     (form to be used by instructors only) The Firearms Training Course Certification form should be completed and signed by the instructor upon the applicant's successful completion of the firearms training safety course.  The applicant will submit this signed certification form along with his or her application for a handgun qualified purchaser permit.

- Frequently Asked Questions

Link of Approved Firearms Instructors

Link to Handgun Qualified Purchaser Permit law 11 Del C. § 1448D

Link to Permit to Purchase regulations (to be developed)

Permit to Purchase section contact info (email, telephone, address)



- Newsroom (https://dsp.delaware.gov/newsroom/)
- Public Announcements (https://dsp.delaware.gov/public-service-announcements/)
- Victim Services (https://dsp.delaware.gov/victim-services/)
- Become a Trooper (https://dsp.delaware.gov/become-a-trooper/)
- Fingerprints & Backgrounds (https://dsp.delaware.gov/obtaining-a-certified-criminal-history/)

- Contact Us (https://dsp.delaware.gov/contact/)
- FOIA (https://dsp.delaware.gov/foia/)

- Facebook Page (https://www.facebook.com/DSPNewsroom/) Twitter Page (https://twitter.com/DEStatePolice?ref_src=twsrc%5Etfw&ref_url=http%3A%2F%2Fdsp.delaware.gov%2Findex.shtml) YouTube Page (https://www.youtube.com/channel/UCtzcQwVA4sad8bm4c31klgg)

# Delaware's Government

Delaware's Governor (https://governor.delaware.gov)
State Directory (https://de.gov/state-directory)
Elected Officials (https://delaware.gov/guides/your-government/)
General Assembly (https://legis.delaware.gov/)
Delaware Courts (https://courts.delaware.gov/)
State Employees (https://dhr.delaware.gov/talent-management/employee-resources.shtml)
Cities & Towns (https://delaware.gov/guides/municipalities/)
Delaware State Code (http://delcode.delaware.gov/)
State Regulations (http://regulations.delaware.gov/)
Business First Steps (https://firststeps.delaware.gov/)

Phone Directory (https://delaware.gov/phonedirectory/)
Locations Directory (https://delaware.gov/locationsdirectory/)
Public Meetings (https://publicmeetings.delaware.gov/)
Voting & Elections (https://elections.delaware.gov)
Transparency (https://delaware.gov/guides/transparency-resources/)
Choose Health DE (https://www.choosehealthde.com/Health-Insurance-Marketplace)
Tax Center (https://delaware.gov/guides/tax-center/)
Personal Income Tax (https://revenue.delaware.gov/online-filing/)
Privacy Policy (https://delaware.gov/privacy-policy/)
Weather & Travel (https://news.delaware.gov/emergency-weather-information/)

Contact Us (https://delaware.gov/contact/)
Corporations (https://corp.delaware.gov/)
Franchise Tax (https://corp.delaware.gov/paytaxes/)
Gross Receipts Tax (https://tax.delaware.gov/)
Withholding Tax (https://dorweb.revenue.delaware.gov/info/edionline.html)
Guides to Services (https://delaware.gov/guides/)
Help Center (https://delaware.gov/contact/)
Mobile Apps (https://delaware.gov/guides/mobile-apps/)
E-mail / Text Alerts (https://delaware.gov/guides/subscribe/)
Social Media (https://delaware.gov/guides/social-media/)

State of Delaware Facebook Page (https://www.facebook.com/delaware.gov)

State of Delaware Twitter Feed (https://twitter.com/delaware_gov/)

State of Delaware Flickr Photos (https://www.flickr.com/groups/delaware_gov/)


