# EXHIBIT E

**From:** Popp, Christopher W (DSP) <christopher.popp@delaware.gov>

**Sent:** Monday, October 6, 2025 at 07:36:11 AM EDT

**Subject:** FTAP/P2P Update

Good morning,

Since my last communication, things have continued to progress, and DELJIS is developing the FTAP program. ==This has been delayed for some time but during our initial testing, we found some critical errors that needed to be addressed.== We don't want to put out a program that is not effective and make sure it's thoroughly tested for accuracy. We've been advised by DELJIS we can begin testing the program again this week. ==I believe the testing period will last a few weeks and we will not release the program until we are 100% confident in its accuracy.== If the testing phase is successful, we're going to move into the training phase for all its users. This includes putting dates back on the schedule for you, the FFL's, to attend and show you the program as well as getting everyone registered to use the program. We encourage you to bring all your employees to the seminars so we can get everyone registered. As soon as we confirm the dates and times a follow up email will be sent out.

As we prepare for the launch of Permit to Purchase, we want to make sure we have everything in place. State law mandates that a handgun qualified purchaser permit is required to purchase handguns. To make sure we can do this we need to first register instructors for the Firearms Training Course giving them the ability to provide this required training to the citizens of Delaware. "Firearms Training Course" means a course of instruction conducted by an approved firearms instructor certified to teach course material in accordance with the requirements in the Rules and Regulations established by SBI. To obtain a handgun qualified purchaser permit, an applicant must complete a firearms training course within the 5 years prior to application or meet one of the exemptions. The website for Permit to Purchase has been developed and can be accessed utilizing www.dsp.delaware.gov. Starting today, October 6, 2025 the website can be accessed for registration and approval for those wanting to provide instruction for the required training and safety course. DSP will be releasing numerous public announcements reference this but please spread the word, anything we can do to avoid delays in issuing permits helps. Again, instructors can register by accessing the State of Delaware website at www.dsp.delaware.gov click on the Public Info tab, and then select the link to Firearms. This website provides them further information on the requirements to be an instructor for Permit to Purchase. You can advise them the course of instruction is the same as the CCDW program but legally requires a block of instruction on suicide prevention.

Permit to Purchase has the following phone number and email address assigned to it:

Phone Number: 302-741-2800

Email: DSP_SBIP2PMail@delaware.gov

We have a responsibility to educate Delawareans about the process. DSP is going to do some of this through public announcements and providing information brochures to law enforcement for the public to obtain. We also hope you can educate them as well and direct them to the website for more information. As important details become available, we will keep everyone informed. It's important to me that we, DSP, continue to maintain a professional working relationship with our FFL's effected by these changes to state law. One of the best ways to do this is keeping everyone informed as we move towards the release of these programs. Thank you.

Chris

**Lt. Christopher Popp #274 | Delaware State Police FTAP**

**Firearms Transaction Approval Program**

600 S. Bay Rd, Dover, DE 19901

Phone: Office: 302.741.2878 Cell: 302.222.4705

Email: christopher.popp@delaware.gov