# EXHIBIT G



# Delaware State Police

# Permit to Purchase

## Firearms Training Course Guidelines

### I. Purpose

    A. To establish and maintain firearms training course guidelines compliant with 11 Del. C. § 1448D.

### II. Definitions

    A. "Firearms Training Course" means a course of instruction conducted by an approved firearms instructor certified to teach course material in accordance with the requirements in the Rules and Regulations established by SBI.

    B. "Handgun" means a pistol, revolver, or other firearm designed to be readily capable of being fired when held in 1 hand.

    C. "POST" means the Police Officer Standards and Training Commission.

    D. "SBI" means the State Bureau of Identification within the Division of State Police.

### III. Authority

    A. 11 Del. C. § 1448D mandates that a handgun qualified purchaser permit is required to purchase handguns. To obtain a handgun qualified purchaser permit, an applicant must complete a firearms training course within the 5 years prior to application or meet one of the exemptions listed in 11 Del. C. § 1448D (g). Delaware Code mandates that SBI must investigate all applications for handgun

qualified purchaser permits and may adopt regulations to administer, implement and enforce this statute.

**IV.** **Course Requirements**

    A.    Approved training courses must be sponsored by one of the following entities:

        1.    a federal, state, county, or municipal law-enforcement agency

        2.    a college

        3.    a nationally recognized organization that customarily offers firearms training

        4.    a school with instructors certified by a nationally recognized organization that customarily offers firearms training

    B.    Approved training courses must provide instruction on the following topics:

        1.    knowledge and safe handling of firearms

        2.    safe storage of firearms and child safety

        3.    knowledge and safe handling of ammunition

        4.    safe storage of ammunition and child safety

        5.    safe firearms shooting fundamentals

        6.    live fire shooting exercises conducted on a firearms range with a minimum expenditure of 100 rounds of ammunition

        7.    identification of ways to develop and maintain firearm shooting skills

        8.    federal and state laws regarding the lawful purchase, ownership, transportation, use, and possession of firearms

        9.    Delaware law regarding the use of deadly force

10. techniques for avoiding a criminal attack and how to manage a violent confrontation, including conflict resolution

11. suicide prevention

C. Training courses must be approved by SBI prior to conducting training for a handgun qualified purchaser permit.

D. Firearms instructors must be approved by SBI prior to instructing training for a handgun qualified purchaser permit.

E. Firearms instructors must submit a completed application in the Permit to Purchase Firearms Instructor Portal to obtain approval as a certified firearms instructor. The following supporting documents must also be submitted:

1. A copy of a valid firearms instructor certificate showing the expiration date.

2. The certificate must be from a nationally recognized organization that certifies instructors on firearms training or from a law enforcement agency that meets the Delaware POST standards for firearms instructors.

3. An instructor identification card

4. Training course syllabus