**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

THOMAS S. NEUBERGER; JERRY L.          :
MARTIN; WILLIAM R. HAGUE, JR.;         :
BRUCE C. SMITH; BRIDGEVILLE            :
KENPO KARATE, INC. d/b/a BKK           :
FIREARMS; DELAWARE STATE               :
SPORTSMEN'S ASSOCIATION, INC;          :
and BRIDGEVILLE RIFLE & PISTOL         :
CLUB, LTD.,                            :
                                       :
   Plaintiffs.          :
                                       :
  v.                         : Civil Action No. _____
                                       :
JOSHUA BUSHWELLER, in his              :
official capacity as Cabinet Secretary, :
Delaware Department of Safety and      :
Homeland Security; and COL. WILLIAM    :
CROTTY, in his official capacity as    :
superintendent of the Delaware State Police, :
                                       :
   Defendants.          :

**PLAINTIFFS' MOTION FOR EXPEDITED INJUNCTIVE RELIEF**

In accordance with Federal Rule of Civil Procedure 65, Plaintiffs Thomas S. Neuberger,

Jerry L. Martin, William R. Hague, Jr., Bridgeville Kenpo Karate, Inc. (d/b/a BKK Firearms),

Delaware State Sportsmen's Association, Inc., and Bridgeville Rifle & Pistol Club, LTD., hereby

move for expedited injunctive relief, enjoining Defendants Joshua Bushweller and Col. William

Crotty, in their official capacities and those within their control, from enforcing any part of Senate

Substitute 1 for Senate Bill 2 ("the Permit Bill") that will begin to be enforced on November 16,

2025—less than two weeks from today—absent an injunction.  Because the State has failed to

implement the infrastructure necessary to apply for and issue the required permits, and therefore

no one appears to have been able to obtain such a permit, enforcement of the Permit Bill will result

in a unconstitutional *de facto* handgun ban. An injunction is warranted to prevent irreparable harm to the Plaintiffs arising from this impending ban and to preserve the status quo.

As detailed in the accompany Opening Brief, Plaintiffs are likely to succeed on the merits of their Second Amendment claims, Plaintiffs will be irreparably harmed if an immediate injunction is not granted, the balance of harms weighs in Plaintiffs' favor, and the public has an interest in the relief being granted. Consequently, Plaintiffs respectfully request that this Court grant the requested expedited injunctive.

Respectfully submitted,

LEWIS BRISBOIS
   BISGAARD & SMITH LLP

*/s/ Francis G.X. Pileggi*
Francis G.X. Pileggi (No. 2624)
Keith A. Walter (No. 4157)
500 Delaware Ave., Suite 700
Wilmington, DE 19801
(302) 985-6000
Francis.Pileggi@LewisBrisbois.com
Keith.Walter@LewisBrisbois.com

*Counsel for Plaintiffs*

OF COUNSEL:
Joseph G.S. Greenlee
National Rifle Association of
  America – Institute for Legislative
  Action
11250 Waples Mill Road
Fairfax, VA  22030

Dated:  November 3, 2025

166395266.1                                        2