

Francis G.X. Pileggi
500 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
Francis.Pileggi@lewisbrisbois.com
Direct: 302.985.6002

November 3, 2025

*Via CM/ECF and Hand Delivery*

Randall C. Lohan, Clerk of the Court
U.S. District Court for the
   District of Delaware
844 N. King Street, Room 2409
Wilmington, DE 19801

Re:   *Thomas S. Neuberger, et al. v. Joshua Bushweller, et al.*
      Request for Prompt Consideration of Plaintiffs' Motion for
      <u>Expedited Injunctive Relief Under Fed. R. Civ. P. 65 – New Complaint</u>

Dear Mr. Lohan:

    Plaintiffs respectfully request that the Clerk of the Court promptly present Plaintiffs' Motion for Expedited Injunctive Relief to the Court for its expedited consideration. As noted on the civil cover sheet, this case is related to *Thomas S. Neuberger, et al. v. McQueen, et al.*, C.A. No. 1:24-cv-00590-MN, which is assigned to Judge Maryellen Noreika. Counsel for Plaintiffs are available should the Court have additional questions.

                                             Respectfully submitted,

                                             Francis G.X. Pileggi
                                             Bar No. 2624

cc:   Jennifer Kate Aaronson, Deputy Attorney General (via email)
       Keith A. Walter, Jr., Esquire (via email)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
166395303.1