## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

THOMAS S. NEUBERGER; JERRY L.　　:
MARTIN; WILLIAM R. HAGUE, JR.;　　:
BRUCE C. SMITH; BRIDGEVILLE　　　:
KENPO KARATE, INC. d/b/a BKK　　　:
FIREARMS; DELAWARE STATE　　　　:
SPORTSMEN'S ASSOCIATION, INC;　　:
and BRIDGEVILLE RIFLE & PISTOL　　:
CLUB, LTD.,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　　Plaintiffs.　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　v.　　　　　　　　　　　　: Civil Action No. _____
　　　　　　　　　　　　　　　　　:
JOSHUA BUSHWELLER, in his　　　　:
official capacity as Cabinet Secretary,　:
Delaware Department of Safety and　　:
Homeland Security; and COL. WILLIAM　:
CROTTY, in his official capacity as　　:
superintendent of the Delaware State Police, :
　　　　　　　　　　　　　　　　　:
　　　　　　Defendants.　　　　　　:

## [PROPOSED] ORDER GRANTING EXPEDITED INJUNCTIVE RELIEF

The Court, having considered the Plaintiffs' Motion for Expedited Injunctive Relief and

any replies thereto, and having found sufficient grounds favoring issuance of this injunctive relief;

it is hereby ORDERED this _____day of November, 2025 that:

1. Plaintiffs' Motion for Expedited Injunctive Relief is GRANTED.

2. Defendants Joshua Bushweller and Col. William Crotty ("Defendants"), in their

   official capacities and those within their control, are enjoined from enforcing any part

   of Senate Substitute 1 for Senate Bill 2 ("the Permit Bill") until the following

   conditions are satisfied:

   (a) A reasonable period of time has elapsed, sufficient to allow Plaintiffs to complete

   the Permit Bill's application requirements and the State's thirty-day issuance period,

following the filing with the Court sworn declarations by each Defendant attesting that all the necessary personnel, systems, and infrastructure has been implemented, in accordance with the Delaware Administrative Procedures Act, to enable any eligible Delaware adult resident to readily apply for and obtain the required handgun qualified purchaser permit needed to buy or sell a handgun within the statutory thirty-day period for the State to issue such permits; and

(b) Defendants have submitted to the Court a copy of an actual handgun qualified purchaser permit issued by the State to an eligible person.

Dated this _____day of November, 2025

_____
UNITED STATES DISTRICT JUDGE