# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS S. NEUBERGER; JERRY L. MARTIN; WILLIAM R. HAGUE, JR.; BRUCE C. SMITH; BRIDGEVILLE KENPO KARATE, INC. d/b/a BKK FIREARMS; DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC; and BRIDGEVILLE RIFLE & PISTOL CLUB, LTD., : : : : : : : : : | |
| Plaintiffs. : | |
| v. : | Civil Action No. _____ |
| : | |
| JOSHUA BUSHWELLER, in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. WILLIAM CROTTY, in his official capacity as superintendent of the Delaware State Police, : : : : : : | |
| Defendants. : | |

## DECLARATION OF KEITH A. WALTER, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED INJUNCTIVE RELIEF

I, KEITH A. WALTER, JR., based on my own personal knowledge and under penalty of perjury under the law of the United States hereby state the following:

1. I am a Partner with the law firm Lewis Brisbois Bisgaard & Smith, and counsel to Plaintiffs.

2. I make this Declaration in support of Plaintiffs' Motion for Expedited Injunctive Relief.

166288407.1

3. Attached at Exhibit A is a publicly available copy of the Delaware State Police Permit to Purchase "Firearms Training Course Guidelines."

4. Attached at Exhibit B is an October 17, 2025 Delaware State Police public news release regarding "Upcoming Launch of Permit to Purchase Program."

5. Attached at Exhibit C is a screenshot of the Delaware State Police Permit to Purchase website https://dsp.delaware.gov/permit-to-purchase/ from October 31, 2025.

6. Attached at Exhibit D is what I understand to be an email dated October 6, 2025 from Lieutenant Christopher Popp of the Delaware State Police to Delaware Federal Firearms Licensees.

7. Attached at Exhibit E is an article published on WHYY.org, dated October 28, 2025, by Chris Barrish, titled "Ready or Not, Delaware law requiring permit to buy a handgun takes effect next month" that can be found at https://whyy.org/articles/delaware-handgun-permit-law-background-check/.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

November 3, 2025

Keith A. Walter, Jr.