# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS S. NEUBERGER; JERRY L. MARTIN; WILLIAM R. HAGUE, JR.; BRUCE C. SMITH; BRIDGEVILLE KENPO KARATE, INC. d/b/a BKK FIREARMS; DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC; and BRIDGEVILLE RIFLE & PISTOL CLUB, LTD., : : : : : : : : : | |
| Plaintiffs. : : | |
| v. : | Civil Action No. _____ |
| : | |
| JOSHUA BUSHWELLER, in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. WILLIAM CROTTY, in his official capacity as superintendent of the Delaware State Police, : : : : : : : | |
| Defendants. : | |

## DECLARATION OF THOMAS S. NEUBERGER IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Thomas S. Neuberger, affirm the truth of the following representations:

1. I am a Plaintiff in the above-titled action.

2. I am 78 years old, have personal knowledge of the facts and events referred to in this Declaration, and I am fully competent to testify as to the matters stated below.

165756706.1

3. I submit this Declaration in support of Plaintiffs' motion for temporary restraining order and preliminary injunction.

4. I am an attorney licensed to practice law in the State of Delaware, a 2023 recipient of the Leonard L. Williams Criminal Justice Reform Award from the Wilmington NAACP, and Life Member of the NAACP.

5. I am a citizen of Delaware and have been a resident of New Castle County since 1947.

6. I have a history of rifle shooting and won merit badges for shooting while a Boy Scout at St. Anthony of Padua Grade School in Wilmington, Delaware.

7. I am a member of both the Delaware State Sportsmen's Association and the Bridgeville Rifle and Pistol Club, Ltd.

8. I am aware that the State of Delaware enacted into law Senate Substitute 1 for Senate Bill 2 ("SS 1 for SB 2"), which I understand requires a Delaware citizen to obtain a handgun qualified purchasing permit prior to purchasing a handgun.

9. I also understand that SS 1 for SB 2 provides for criminal liability. For example, according to SS 1 for SB 2, a "transferor" that willfully and intentionally sells or delivers a handgun to a person without a permit is guilty of a class A misdemeanor or class G felony. SS 1 for SB 2 also authorizes the Delaware State

Police or a local law-enforcement agency to "take action to ensure surrender or removal" of any handguns possessed by any law-abiding Delawarean whose permit is revoked, regardless of the reason.

10. I further understand that SS 1 for SB 2 will be implemented on November 16, 2025.

11. As alleged in the Complaint, I believe SS 1 for SB 2's non-historical and burdensome permitting scheme for acquisition of a handgun for self-defense and other lawful purpose deprives me of my Second, Fourth, and Fourteenth Amendment rights.

12. In addition, to my knowledge and based on information that I have seen, as of the date of this Declaration, the State has failed to put in place complete procedures for obtaining the handgun qualified purchaser permit required for the purchase of handguns.

13. As a result, I understand no one has been able to obtain the required permit and there is nothing to ensure anyone will be able to obtain the required permit prior to implementation of SS 1 for SB 2.

14. I also understand that the State failed to follow Delaware's Administrative Prodcedures Act regarding the guidelines and regulations it has created in connection with SS 1 for SB 2.

15. I am unaware, when, if ever, the State will have the full procedures for obtaining the required handgun qualified purchaser permit, created in compliance with Administrative Procedures Act, in place.

16. Therefore, upon implementation of SS 1 for SB 2 on November 16, 2025, there will effectively be a ban on handgun purchases in Delaware of an indefinite duration.

17. As a result of the State's enactment of SS 1 for SB 2, coupled with its failure to implement complete procedures for obtaining the handgun qualified purchaser permit required under SS 1 for SB 2, I will be irreparably harmed.

18. As the Supreme Court has stated, handguns are the quintessential self-defense weapon.

19. I do not presently own a handgun.

20. Because of my age, area criminal statistics, and general civil unrest in this Country, I fear for my safety and the safety of my wife. In the past, I have been threatened with physical harm due to my pro bono civil rights work.

21. I do not believe that I would be able outrun or overpower a criminal if I, or my wife, was attacked.

22. I remember when Dr. Martin Luther King's family and home were first bombed in Alabama in 1956 and Dr. King sought to obtain a handgun to protect his family. But Alabama had a handgun permit law then, and the Governor

refused to give him a permit for a handgun. I do not want to find myself, or any law abiding Delawarean to find themselves, in a similar situation.

23. I have received self-defense and firearms safety training from a retired State Trooper who previously commanded the Delaware State Police firearms range and who trained State Troopers in gun safety.

24. The State Trooper provided me with recommendations for my self-defense, including the purchase of a handgun. Based on these recommendations, I decided I needed a handgun for self-defense and that the Sig Sauer P365 is the best option.

25. I intend to purchase a Sig Sauer P365 on November 28, 2025, when I expect the price to be most favorable.

26. My planned purchase, however, will be restricted by SS 1 for SB 2's burdensome handgun permitting scheme.

27. Moreover, even if I wanted to obtain the required permit, I would be unable to do so since, as discussed above, the necessary infrastructure is not in place and it is unknown when, if ever, it will be.

28. Not being able to purchase a handgun for self-defense for any duration of time, let alone an unknown period of time, puts me at unnecessary risk of bodily harm and even death should I encounter an attacker wanting to harm me

or my wife, or be put in a situation where such harm may occur such as an home invasion.

29. It is hard to imagine a harm more severe and irreparable than one's life or the life of a family member.

30. In addition, as a practicing civil rights attorney, I cannot risk being prosecuted and having law enforcement "take action" against me if I were to violate SS 1 for SB 2 because that would adversely impact my ability to practice law and provide legal services to those underserved individuals I seek to represent.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

10/25/25
Date

Thomas S. Neuberger