# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS S. NEUBERGER; JERRY L. MARTIN; WILLIAM R. HAGUE, JR.; BRUCE C. SMITH; BRIDGEVILLE KENPO KARATE, INC. d/b/a BKK FIREARMS; DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC; and BRIDGEVILLE RIFLE & PISTOL CLUB, LTD., | : : : : : : : : : |
| Plaintiffs. | : : |
| v. | : Civil Action No. _____ : |
| JOSHUA BUSHWELLER, in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. WILLIAM CROTTY, in his official capacity as superintendent of the Delaware State Police, | : : : : : : |
| Defendants. | : : |

## DECLARATION OF BRUCE C. SMITH, OWNER AND OPERATOR OF KENPO KARATE, INC. d/b/a BKK FIREARMS IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Bruce C. Smith, affirm the truth of the following representations:

1. I am a Plaintiff in the above-titled action and so is BKK Firearms. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and I am fully competent to testify as to the matters stated below.

2. I am the Owner and Operator of Kenpo Karate, Inc. d/b/a BKK Firearms ("BKK").

3. I submit this Declaration in support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction.

4. I am a citizen of the State of Delaware, residing in Sussex County, Delaware.

5. BKK holds a Federal Firearms License ("FFL") and is engaged in the business of selling firearms. BKK is headquartered in the State of Delaware and is duly authorized to do business in the State.

6. I am aware that the State of Delaware enacted into law Senate Substitute 1 for Senate Bill 2 ("SS 1 for SB 2"), which requires a Delaware citizen to obtain a handgun qualified purchasing permit prior to purchasing a handgun.

7. I understand that SS 1 for SB 2 will be implemented on November 16, 2025.

8. I further understand that SS 1 for SB 2 provides for criminal liability to those that sell or deliver a handgun to a person without a permit upon its implementation.

9. As alleged in the Complaint where both BKK and I are named Plaintiffs, I believe that SS 1 for SB 2 violates my constitutional rights, including the Second Amendment.

10. To my knowledge and based on information that I have seen, as of the date of this Declaration, the State has failed to put in place complete procedures for obtaining the handgun qualified purchaser permit required for purchase of handguns.

11. As a result, I understand no one has been able to obtain the required permit and there is nothing to ensure anyone will be able to obtain the required permit prior to implementation of SS 1 for SB 2.

12. I also understand that the State failed to follow Delaware's Administrative Procedures Act regarding the guidelines and regulations it has created in connection with SS 1 for SB 2.

13. It is unknown, when, if ever, the State will have the full procedures for obtaining the required handgun qualified purchaser permit, created in compliance with the Administrative Procedures Act, in place.

14. Therefore, upon implementation of SS 1 for SB 2 on November 16, 2025, there will effectively be a ban on handgun purchases for an infinite duration in Delaware.

15. As a result of the State's enactment of SS 1 for SB 2, coupled with its failure to implement complete procedures for obtaining the handgun qualified purchaser permit required under SS 1 for SB 2, I, along with BKK, will be irreparably harmed.

16. In the course of my ownership and operation of BKK, I have sold handguns that will be subject to SS 1 for SB 2, and intend to continue to do so after its implementation on November 16, 2025.

17. In 2024, BKK derived approximately 90% of its sales from handguns subject to SS 1 for SB 2.

18. To date, in 2025, BKK has derived approximately 98% of its sales from handguns subject to SS 1 for SB 2.

19. If the implementation of SS 1 for SB 2 is allowed to go forward on November 16, 2025, BKK and I will be left with two choices: (i) immediately stop selling handguns and go out of business; or (ii) keep selling handguns and be subject to significant criminal liability, including prosecution for a felony.

20. Therefore, SS 1 for SB2 violates constitutional protections afforded to both myself and my business as a purchaser and seller of handguns, subjects me to criminal prosecution for the sale of handguns, and effectively bans me and my business from selling handguns, causing BKK and me immediate and irreparable harm.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_10/27/25_
Date

_Bruce C. Smith_, Owner Kenpo Karate, Inc.
d/b/a BKK Firearms