# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS S. NEUBERGER; JERRY L. MARTIN; WILLIAM R. HAGUE, JR.; BRUCE C. SMITH; BRIDGEVILLE KENPO KARATE, INC. d/b/a BKK FIREARMS; DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC; and BRIDGEVILLE RIFLE & PISTOL CLUB, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> JOSHUA BUSHWELLER, in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. WILLIAM CROTTY, in his official capacity as superintendent of the Delaware State Police, <br><br> Defendants. | CIVIL ACTION NO.: 1:25-cv-01341-UNA |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ian Robert Liston of the Delaware Department of Justice hereby enters his appearance as counsel on behalf of all defendants in the above-captioned case.

Dated: November 4, 2025		DELAWARE DEPARTMENT OF JUSTICE

<u>*/s/ Ian Robert Liston*</u>

Jennifer Kate Aaronson (DE #3470)
Ian Robert Liston (DE #5507)
820 North French Street
Wilmington, Delaware 19801
(302)383-8803
jennifer.aaronson@delaware.gov
ian.liston@delaware.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 4th day of November, 2025, he caused a copy of the foregoing Notice of Appearance to be served, by CM/ECF upon all counsel of record.

                                             */s/ Ian Robert Liston*